ORIGINAL

Conner, J

DAVID N. KELLEY
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI (KZ-7966)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA,         :

              Plaintiff,  :

    - against -                 :  CONSENT JUDGMENT

MICHELE M. MONOPOLI,              :  05 Civ. 3707 (WCC)

             Defendant.  :  05, 0152 WP
---------------------------------x

This action having been commenced by the filing of a complaint and the issuance of a summons on April 11, 2005, and defendant waiving service of the summons and acknowledging receipt of the complaint,

NOW, on the signed consent of the plaintiff and the defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant Michele M. Monopoli in the sum of $87,949.03, plus the costs and disbursements in the sum of $250.00, amounting in all to the sum of $88,199.03, with interest from the date of judgment as provided by law and that plaintiff have execution therefor.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated: New York, New York

April 29, 2005

Agreed and Consented to:

DAVID N. KELLEY
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff

By: /s/ Kathleen A. Zebrowski
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
KZ-7966

/s/ Michele M. Monopoli
MICHELE M. MONOPOLI
Defendant, Pro Se

Sworn to before me this
19th day of April 2005

/s/ Kathy Taylor
KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2007

Sworn to before me this
2nd day of May, 2005

/s/ Stamatia Kampitsis
STAMATIA KAMPITSIS
Notary Public, State of New York
No. 02KA5072447
Qualified in Westchester County
Commission Expires February 3, 2007

SO ORDERED:

May 9, 2005

/s/ William C. Conner
UNITED STATES DISTRICT JUDGE